UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KDK ENTERPRISES, INC.
    Plaintiff,

v.

CIVIL ACTION NO. 05 11509 RCL

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,
    Defendant.

**AFFIDAVIT OF COUNSEL IN SUPPORT OF SERVICE**

I, James G. Grillo, having been duly sworn do hereby aver as follows:

1. I am an attorney in good standing, licensed to practice before the Supreme Judicial Court of the Commonwealth of Massachusetts and I am familiar with the facts of this case.

2. On or about July 14, 2005 on behalf of Plaintiff, KDK Enterprises, Inc., I filed the Complaint initiating this action.

3. On July 20, 2005, on behalf of the Plaintiff, KDK Enterprises, Inc., I served the Defendant, Travelers Casualty and Surety Company of America, by mailing two copies of the Complaint and Civil Action Cover Sheet, together with Filing Category Form and the original Summons via Certified Mail to the Commonwealth of Massachusetts, Division of Insurance. The original Summons executed by the Division of Insurance accepting service on behalf of Travelers Casualty and Surety Company of America is attached hereto.

4. On July 26, 2005, this office received the return receipt identified as 7004 1160 0003 6760 9093, evidencing certified service upon the Commonwealth of Massachusetts, Division of Insurance on July 22, 2005, on behalf of Travelers Casualty and Surety Company of America of the documents described in paragraph 4 above. The original signed certified returned receipt is attached hereto as Exhibit "A".

SIGNED under the pains and penalties of perjury this 27th day of July, 2005.

                                                              James G. Grillo, Esq.
                                                              HEAFITZ & SULLIVAN

1

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

KDK Enterprises, Inc.

V.

Travelers Casualty and Surety
Company of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 11509 RCL**

TO: (Name and address of Defendant)

Travelers Casualty and Surety Company of America
One Tower Square
Bond 4PB
Hartford, CT 06183

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James G. Grillo, Esq.
Heafitz & Sullivan
56 Chestnut Hill Avenue
Boston, MA 02135

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE   7-18-05

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/26/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carey A. Luckay | Admin. Asst. - DOI |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): First Class Mail to Travelers Casualty & Surety Company of America, c/o Corporation Service Company, 84 State Street, Boston, MA 02109

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __JUL 26 2005__
        Date

Signature of Server

One South Station, Boston, 02110
Address of Server

RECEIVED
JUL 26 2005
DIVISION OF INSURANCE
LEGAL DIVISION

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Exhibit A**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restri (Endor: | |
| Total | |
| Sent T | Ms. Yvonne Torres |
| Street or PO Box No. | Commonwealth of Massachusetts Division of Insurance One South Station Boston, MA 02110 |
| City, State, ZIP+4 | |

Postmark Here

7004 1160 0003 6760 9093

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Ms. Yvonne Torres
    Commonwealth of Massachusetts
    Division of Insurance
    One South Station
    Boston, MA 02110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  7-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 1160 0003 6760 9093

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540