UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KDK ENTERPRISES, INC.,<br>    Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br>    Defendant. | CIVIL ACTION NO. 05 11509 RCL |

## NOTICE OF APPEARANCE

Please enter the appearances of Bradford R. Carver as counsel for Travelers Casualty and Surety Company of America in the above-entitled action.

>Respectfully submitted,
>**TRAVELERS CASUALTY AND
>SURETY COMPANY OF AMERICA**
>By its attorneys,
>
>/s/ Bradford R. Carver
>_____
>Bradford R. Carver, BBO #565396
>Jonathan C. Burwood, BBO #643674
>Hinshaw & Culbertson LLP
>One International Place, 3rd Fl.
>Boston, MA 02110

Dated: September 7, 2005

34013693v1 856207