UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KDK ENTERPRISES, INC.<br>　　　Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11509-RCL<br>)<br>)<br>)<br>) |

**STATEMENT OF CONFERRING PURSUANT TO LOCAL RULE 16.1 (D)(3)**

This statement certifies that Attorney James G. Grillo, counsel for Plaintiff, KDK Enterprises, Inc., and Mr. Boris Kutikov, President and authorized representative for Plaintiff, have conferred pursuant to Local Rule 16.1 (D)(3):

(a)　with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b)　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in Local Rule 16.4.

　　　　　　　　　　　　　　　　　　　KDK ENTERPRISES, INC.
　　　　　　　　　　　　　　　　　　　By its Attorneys,


　　　　　　　　　　　　　　　　　　　s/ James G. Grillo
　　　　　　　　　　　　　　　　　　　Patrick J. Sullivan, Esq.,  BBO# 548752
　　　　　　　　　　　　　　　　　　　James G. Grillo, Esq., BBO# 638730
　　　　　　　　　　　　　　　　　　　Heafitz & Sullivan
　　　　　　　　　　　　　　　　　　　56 Chestnut Hill Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02135
　　　　　　　　　　　　　　　　　　　(617) 562-1000


s/ Boris Kudikov
Boris Kutikov,
President of KDK Enterprises, Inc.