## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KDK ENTERPRISES, INC.<br>　　　Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11509-RCL<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Maura K. McKelvey as counsel for Travelers Casualty and Surety Company of America in the above-entitled action.

                                                                    Respectfully Submitted,
                                                                    **TRAVELERS CASUALTY AND**
                                                                     **SURETY COMPANY OF AMERICA**
                                                                     By its Attorneys,


                                                                    /s/ Maura K. McKelvey
                                                                     Maura K. McKelvey, BBO#600760
                                                                     Hinshaw & Culbertson LLP
                                                                     One International Place, 3rd Floor
                                                                     Boston, MA 02110
                                                                     (617) 213-7000

Dated: November 9, 2005

34015389v1 856204