UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KDK ENTERPRISES, Inc.<br>    Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11509-RCL<br>)<br>)<br>)<br>) |

**PLAINTIFF, KDK ENTERPRISE'S MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE COMPLAINT**

Now comes the Plaintiff, KDK Enterprises, Inc. ("KDK"), and hereby respectfully requests that this Honorable Court enter Summary Judgment on Count I of the Complaint for breach of Contract and award KDK $612,230.00 plus interest at the statutory rate from the date of breach, February 27, 2005, the date upon which the Defendant breached its obligations under the payment bond forming the basis of the Defendant's obligations in this matter.  In sum, the Defendant was obligated by the terms of its own bond to either pay KDK's claim or provide KDK with a explanation of the disputed amounts within 45 days of KDK's demand of January 13, 2005 and Defendant's failure to do so constitutes a material breach of contract entitling KDK to judgment on the full amount of its claim as a matter of law. See Exhibit A[1]_ (p. 2, Article 6) and <u>National Union Fire Insurance Co. v. Wadsworth Golf Construction Co.</u>, 160 Md.App. 257, 863 A.2d 347 (2004) *aff'd*, <u>National Union v. David A. Bramble, Inc</u>. 388 Md. 195, 879 A.2d 101 (2005) (attached hereto as Exhibits B and C).  Further support hereof is set forth in the Memorandum of Law filed herewith.

---

[1] For convenience, all Exhibits are attached to the Memorandum of Law submitted herewith.  Also, due to their size, said Exhibits were not scanned with the express permission of the Court.

1

2

WHEREFORE, for the reasons set forth above, the Plaintiff, KDK Enterprises, Inc. asks that this Honorable Court enter summary judgment on Court I of the Complaint and grant judgment against the Defendant, in the amount of $612,230.00 plus interest at the statutory rate from the date of breach, February 27, 2005.

|  |  |
|---|---|
| Date:  8-4-06 | KDK ENTERPRISES, INC.<br>By its Attorneys,<br><br>/s/ James G. Grillo<br>Patrick J. Sullivan, Esq., BBO# 548752<br>James G. Grillo, Esq., BBO# 638730<br>Heafitz & Sullivan<br>56 Chestnut Hill Avenue<br>Boston, MA 02135<br>(617) 562-1000 |