UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KDK ENTERPRISES, Inc.<br>    Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11509-RCL<br>)<br>)<br>)<br>) |

**PLAINTIFF, KDK ENTERPRISE'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE COMPLAINT**

Now comes the Plaintiff, KDK Enterprises, Inc. ("KDK"), and hereby submits the following Statement of Material facts pursuant to Local Rule 56.1:

1.   The Plaintiff, KDK Enterprises, Inc. (hereinafter "KDK") is a Massachusetts corporation with a usual place of business in Newton, Middlesex County, Massachusetts. Affidavit of Boris Kutikov at ¶ 1.

2.   The Defendant, Travelers Casualty and Surety Company of America (hereinafter "Travelers") is an insurance company duly licensed to transact business in the Commonwealth of Massachusetts with a principal place of business in Hartford, Connecticut. Complaint and Answer at ¶ 2, attached hereto as Exhibits D and E.[1]

3.   This matter arises from a construction project for the Massachusetts Housing Finance Agency ("MHFA") as owner and interim asset manager for the United States Department of Housing and Urban Development known and referred to as "MHFA Project #96-006 Academy Homes II, Boston, Suffolk County, Massachusetts (the "Project"). Affidavit of Boris Kutikov at ¶ 2.

---

[1] For convenience, all exhibits are attached to the Memorandum of Law filed herewith. Also, due to their size, said Exhibits were not scanned with the express permission of the Court.

1

4. KDK was a painting subcontractor to ODF/Hoon/Peabody, Joint Venture ("OHP"), as general contractor on the Project. Exhibit F; Affidavit of Boris Kutikov at ¶ 2.

5. Travelers is the payment bond surety to OHP. A copy of said bond is attached hereto as Exhibit A.

6. The base amount of the subcontract between KDK and OHP for the Project is $782,000.00. A copy of said Subcontract is attached as Exhibit F; Affidavit of Boris Kutikov at ¶ 4.

7. KDK performed extra work on the Project totaling $1,171,254.00. Affidavit of Boris Kutikov at ¶4.

8. KDK has received payment and applied credits on account totaling $1,341,024.00 leaving a balance of $612,230.00 exclusive of court costs and statutory interest. Affidavit of Boris Kutikov at ¶ 5; see the attachments to Exhibit H.

9. KDK made a good and sufficient demand on Travelers on or about January 13, 2005 pursuant to the terms of the bond (Articles 4 and 5), Exhibits G and A. Affidavit of Boris Kutikov at ¶ 7.

10. KDK further cooperated with Travelers and provided Travelers with additional information, including a completed "Claim Form" on or about March 16, 2005, a copy of which is attached hereto as Exhibit H, Affidavit of Boris Kutikov at ¶ 8.

11. On or about May 5, 2005, KDK sent a follow up letter to Travelers inquiring into the status of payment. Exhibit I, Affidavit of Boris Kutikov at ¶ 9.

12. Travelers failed and refused to make payment under the bond as demanded by KDK pursuant to the terms of the bond, Article 6.2. Exhibit A, Affidavit of Boris Kutikov at ¶ 10.

13. Also in breach of its contractual obligations under the bond, Travelers failed and refused to issue a timely decision on KDK's claims pursuant to the terms of the bond, Article 6.1, a copy of which is attached hereto as Exhibit A, Affidavit of Boris Kutikov at ¶ 10.

14. As a result thereof, KDK is entitled to judgment on its claims as a matter of law at this time.

                                                    KDK ENTERPRISES, INC.
By its Attorneys,

/s/ James G. Grillo
Date:   8-4-06                    Patrick J. Sullivan, Esq., BBO# 548752
James G. Grillo, Esq., BBO# 638730
Heafitz & Sullivan
56 Chestnut Hill Avenue
Boston, MA 02135
(617) 562-1000

3