UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KDK ENTERPRISES, Inc.<br>　　Plaintiff,<br><br>v.<br><br>TRAVELER'S CASUALTY AND SURETY<br>COMPANY OF AMERICA<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)CIVIL ACTION NO. 05-11509-RCL<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF BORIS KUTIKOV**

I, Boris Kutikov, having been duly sworn, state that I am the president of KDK Enterprises, Inc., that I have personal knowledge of the matters set forth herein and do depose and say as follows:

1.　　KDK Enterprises, Inc. (hereinafter "KDK") is a Massachusetts corporation with a usual place of business in Newton, Middlesex County, Massachusetts.

2.　　KDK was a painting subcontractor to ODF/Hoon/Peabody, Joint Venture (hereinafter "OHP"), as general contractor on a construction project for the Massachusetts Housing Finance Agency (MHFA) as owner and interim asset manager for the United States Department of Housing and Urban Development (HUD), known and referred to as "MHFA Project #96-006 Academy Homes II, Boston, Suffolk County, Massachusetts (hereinafter, the "Project"). Exhibit F.[1]

3.　　Traveler's Casualty and Surety Company of America (hereinafter "Traveler's") is the payment bond surety to OHP on the Project. Exhibit A.

4.　　The base amount of the subcontract between KDK and OHP for the Project is $782,000.00 and KDK performed extra work on the Project totaling $1,171,254.00. See the attachments to Exhibit H.

---

[1] For convenience, all exhibits are attached to the Memorandum of Law submitted herewith. Also, due to their size, said Exhibits were not scanned with the express permission of the Court.

1

5. KDK has received payment and applied credits on account totaling $1,341,024, leaving an unpaid balance of $612,230, exclusive of court costs and statutory interest.

6. KDK performed its obligations under the subcontract in a good, workmanlike, and timely manner.

7. KDK made a good and sufficient demand on Traveler's in accordance with the terms of the Payment Bond on or about January 13, 2005. Exhibits G and A.

8. KDK cooperated with Traveler's by providing Travelers with additional information, including a completed "Claim Form" on or about March 16, 2005. Exhibit H.

9. KDK sent a follow up letter to Travelers on or about May 5, 2005. Exhibit I.

10. KDK never received from Travelers, any payments on the Academy Homes II payment bond claim, nor did Traveler's provide KDK with an answer to its payment bond claim, stating the amounts that were undisputed or the basis for challenging any amounts that were disputed within the 45 day required time frame specified in the Payment Bond at Article 6.

2

Signed under the pains and penalties of perjury this 3th day of August 2006.

        /s/ Boris Kutikov_____
        Boris Kutikov
        President, KDK Enterprises, Inc.