UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KDK ENTERPRISES, INC. )<br>    Plaintiff, )<br>)<br>v. )<br>) CIVIL ACTION NO. 05 11509 RCL<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA, )<br>    Defendant. )<br>) | |

**AFFIDAVIT OF COUNSEL PURSUANT TO LOCAL RULE 7.1(2)**

I, James G. Grillo, having been duly sworn do hereby aver as follows:

1.  I am an attorney in good standing, licensed to practice before both this Court and the Supreme Judicial Court of the Commonwealth of Massachusetts and I am familiar with the facts of this case.

2.  On June 15, 2006 the undersigned conducted a conference with Attorney Jonathan C. Burwood of Hinshaw & Culbertson LLP on behalf of the Defendant.

3.  Counsel were not able to resolve or narrow the issues currently before the Court on Summary.

SIGNED under the pains and penalties of perjury this __4th__ day of August, 2006.

/s/ James G. Grillo_____
James G. Grillo, Esq., BBO# 638730
HEAFITZ & SULLIVAN

1