UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KDK ENTERPRISES, Inc._____<br>    Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA<br>    Defendant._____ | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11509-RCL<br>)<br>)<br>)<br>) |

**PLAINTIFF, KDK ENTERPRISE'S REQUEST FOR A HEARING ON ITS MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE COMPLAINT**

Now comes the Plaintiff, KDK Enterprises, Inc. ("KDK"), and hereby respectfully requests that this Honorable Court hold a hearing on its Motion for Summary Judgment on Count I of the Complaint for breach of Contract as submitted herewith.

                                          KDK ENTERPRISES, INC.
                                          By its Attorneys,

Date: ___8-4-06_____                 /s/ James G. Grillo_____
                                          Patrick J. Sullivan, Esq., BBO# 548752
                                          James G. Grillo, Esq., BBO# 638730
                                          Heafitz & Sullivan
                                          56 Chestnut Hill Avenue
                                          Boston, MA 02135
                                          (617) 562-1000