UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KDK ENTERPRISES, INC.,<br>　　　　Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br>　　　　Defendants. | )<br>)<br>)<br>)  Civil Action No. 05-11509 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA REQUESTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF KDK ENTERPRISES, INC.

Pursuant to Rule 6(b)(1), Fed.R.Civ.P., Defendant Travelers Casualty and Surety Company of America ("Travelers") hereby moves the Court for an extension of time, through and including September 13, 2006, to file its opposition to the Motion for Summary Judgment filed by Plaintiff KDK Enterprises, Inc. ("KDK") on or about August 4, 2006.

Pursuant to Local Rule 7.1(B)(2), Travelers' opposition is presently due on or before August 18, 2006. As evidenced by the lengthy arguments set forth in KDK's Supporting Memorandum, as well as the numerosity of exhibits, KDK's Motion for Summary Judgment addresses complex issues associated with the interpretation of a surety bond, and the potential impact of such interpretation posed by the associated federal and state statutory framework. Moreover, KDK's Motion involves a question of first impression in this jurisdiction. As such, Travelers requests an extension commensurate with the complex issues presented by KDK's Motion for Summary

-2-

Judgment.

This is Travelers' first request for an extension with respect to this matter. KDK assents to the relief requested herein.

WHEREFORE, Travelers respectfully requests that this Honorable Court:

A. Grant Travelers an extension of time, through and including September 13, 2006, to file its opposition to KDK's Motion for Summary Judgment; and

B. Grant such other and further relief as justice may require.

Respectfully Submitted,
**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**
By its attorneys,

/s/ Jonathan C. Burwood
_____
Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO #643674
HINSHAW & CULBERTSON LLP
One International Place, Third Floor
Boston, MA 02116
(617) 213-7000

Date: August 18, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Jonathan C. Burwood, hereby certify that I have conferred with counsel for the Plaintiff, and Plaintiff assents to the relief requested herein.

/s/ Jonathan C. Burwood
_____

34022961v1 856204