## CERTIFICATE OF SERVICE

    I, Jonathan C. Burwood, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 18, 2006.

    /s/Jonathan C. Burwood
    _____
    Jonathan C. Burwood, BBO #643674
    Hinshaw & Culbertson LLP
    One International Place, 3rd Floor
    Boston, MA 02110
    (617) 213-7000