UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KDK ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO. 05-11509-RCL |

### AFFIDAVIT OF JOHN GRANT

I, John Grant, being duly sworn, hereby depose and state as follows:

1. I am a former Vice President of Peabody Construction Co., Inc. ("Peabody") In that capacity, I have direct knowledge of the claim of KDK Enterprises, Inc. against the payment bond (the "Bond") issued by Travelers Casualty and Surety Company of America ("Travelers") on behalf of the ODF/Hoon/Peabody Joint Venture ("OHP") with respect to the Academy Homes II project in Boston, Massachusetts (the "Project"). I make the statements that follow on personal knowledge, or on the basis of the business records of Peabody and OHP with respect to this matter, of which I am the keeper.

2. Throughout the course of the Project, KDK performed deficient and non-conforming work; significantly delayed the Project, and ultimately failed to complete its scope of work.

3. As a result of these deficiencies, OHP incurred losses in the form of, among other things, direct delay expenses, liquidated damages to the Project owner, cleaning costs, and backcharges to subcontractors whose work was impacted by KDK's deficiencies.

4. OHP further incurred losses in connection with KDK's failure to complete its punch list work at the Project.

5. OHP's losses attributable to KDK exceed KDK's subcontract balance. As such, KDK is not entitled to payment under either its subcontract with OHP or the Bond issued by Travelers.

6. KDK's approved change order work for the Project totals approximately $609,819.00.

Signed under the pains and penalties of perjury this 13th day of September, 2006.

/s/ John Grant

John Grant

34023878v1 856204