UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KDK ENTERPRISES, INC.<br>    Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br>    Defendant. | CIVIL ACTION NO. 05-11509-RCL |

## ASSENTED-TO MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNT I OF COMPLAINT

Defendant Travelers Casualty and Surety Company of America ("Travelers") hereby moves the Court, pursuant to Local Rule 40.3, for a brief continuance of the hearing on Plaintiff's pending Motion for Summary Judgment on Count I of the Complaint, presently scheduled for February 5, 2007 at 3:00 p.m., to a date after February 8, 2007. As grounds therefore, undersigned counsel respectfully asserts that he will be out of the state between February 1, 2007 and February 7, 2007 attending to personal matters.

Undersigned counsel has conferred with Plaintiff's counsel in connection with the requested continuance and is advised that Plaintiff does not have any objection to the relief requested herein.

This is Travelers' first request for a continuance of the hearing date.

WHEREFORE, Travelers Casualty and Surety Company of American respectfully requests that this Honorable Court:

    1.    Continue the hearing on Plaintiff's Motion for Summary Judgment on Count I of the Complaint to a date after February 8, 2007; and

2. Grant such other relief as justice may require.

Respectfully Submitted,
**TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**

By its attorneys,

/s/ Jonathan C. Burwood

_____

Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO #643674
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
Telephone: (617) 213-7000

Dated: January 29, 2007