UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| KDK ENTERPRISES, INC. | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO. 05-11509-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVELERS CASUALTY AND SURETY | ) | |
| COMPANY OF AMERICA, | ) | |
|     Defendant. | ) | |
| | ) | |

## JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE

Plaintiff KDK Enterprises, Inc. ("KDK") and Defendant Travelers Casualty and Surety

Company of America ("Travelers") (collectively, the "Parties") respectfully request that the

Court continue the Final Pretrial Conference presently scheduled for March 22, 2007 at 3:00

p.m. to a date convenient for the Court on or after June 4, 2007.  As grounds therefore, the

Parties state as follows:

1.      On February 7, 2007, the Court issued an Order for Final Pretrial Conference (the

"Order").  The Order requires counsel to appear for a Final Pretrial Conference on March 22,

2007 at 3:00 p.m.  In advance of the Final Pretrial Conference, the Order requires counsel for the

Parties to, among other things, explore the possibility of settlement.

3.      Consistent with the Order, the Parties have agreed to explore settlement through

private mediation.

4.      On February 21, 2007, the Parties were able to secure the services of an

experienced construction mediator, John W. Fieldsteel, Esq.

5.      Mr. Fieldsteel successfully mediated a separate complex dispute between KDK and Travelers in January of 2007, involving issues substantially similar to those presented in this case.

6.      Based on Mr. Fieldsteel's availability, the mediation between KDK and Travelers will not take place until April 24, 2007.

7.      Accordingly, KDK and Travelers request that the Court continue the Final Pretrial Conference to a date convenient for the Court after June 4, 2007.  To the extent the Parties do not resolve this matter through mediation, the requested continuance will allow sufficient time to satisfy the substantive requirements set forth in the Court's Order of February 7, 2007.

This is the Parties' first request for a continuance of the Final Pretrial Conference.

WHEREFORE, KDK Enterprises, Inc. and Travelers Casualty and Surety Company of American respectfully request that this Honorable Court:

1.      Continue the Final Pretrial Conference to a date after June 4, 2007; and

2.      Grant such other relief as justice may require.

Respectfully Submitted,
**KDK ENTERPRISES, INC.**
By its attorneys,


/s/ James G. Grillo, Esq.

_____

Patrick J. Sullivan, Esq.,  BBO# 548752
James G. Grillo, Esq., BBO# 638730
Heafitz & Sullivan, LLP
56 Chestnut Hill Ave.
Boston, MA 02135
(617) 562-1000

2

Respectfully Submitted,
**TRAVELERS CASUALTY & SURETY**
**COMPANY OF AMERICA**
By its attorneys,


/s/ Jonathan C. Burwood
_____
Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO #643674
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000

Dated:  February 22, 2007


CERTIFICATE OF SERVICE

   I, Jonathan C. Burwood, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February22, 2007.


/s/ Jonathan C. Burwood