UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KDK ENTERPRISES, INC.<br>    Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11509-WGY<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the Parties, Plaintiff, KDK Enterprises, Inc. (hereinafter "KDK") and Defendant, Travelers Casualty and Surety Company of America (hereinafter "Travelers"), and hereby stipulate to the dismissal of all claims and counterclaims which were brought or could have been brought in the above-entitled matter, with prejudice and without costs, all rights of appeal waived.

| KDK ENTERPRISES, INC.<br>By its Attorneys, | TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br>By its Attorneys, |
|---|---|
| s/ James G. Grillo<br>Patrick J. Sullivan, Esq.,  BBO# 548752<br>James G. Grillo, Esq., BBO# 638730<br>Heafitz & Sullivan, LLP<br>56 Chestnut Hill Ave.<br>Boston, MA 02135<br>(617) 562-1000<br>email: info@hsconstructionlaw.com<br>Date: 5-23-07 | s/ Jonathan C. Burwood<br>Bradford R. Carver, Esq., BBO# 565396<br>Jonathan C. Burwood, Esq., BBO# 643674<br>Hinshaw & Culbertson LLP<br>One International Place, 3rd Floor<br>Boston, MA 02110<br>(617) 213-7000<br>email: jburwood@hinshawlaw.com<br>Date: 5-23-07 |